■ VERIZON NEW YORK INC., Appellant, v CASE CONSTRUCTION CO., INC., Respondent. [880 NYS2d 476]—Order, Supreme Court, New York County (Jane Solomon, J.), entered January 23, 2009, which granted defendant's motion for an extension of time to answer and denied plaintiff's cross motion for a default judgment, unanimously affirmed, with costs.

Defendant demonstrated a reasonable excuse for its delay in answering the complaint (*see* CPLR 3012 [d]; *Finkelstein v East 65th St. Laundromat*, 215 AD2d 178 [1995]). In addition, although it was not required to do so, defendant demonstrated the existence of meritorious defenses (*see Terrones v Morera*, 295 AD2d 254 [2002]). Concur—Saxe, J.P., Sweeny, Moskowitz, Acosta and Richter, JJ.